6881

STATE OF SOUTH CAROLINA *EX REL.* J. FRASER LYON, ATTORNEY GENERAL, v. CHARLESTON TURNVEREIN SOCIETY.

*Ruled by case of State of South Carolina ex rel. J. Fraser Lyon, Attorney General,* v. *New Charleston Hotel Co., post,* 120.

Petition in the original jurisdiction of this Court by J. Fraser Lyon, Attorney General, on behalf of State of South Carolina against Charleston Turnverein Society and Herman Strann, to restrain them from keeping a place where persons are accustomed to resort to drink alcoholic liquors and beverages.

*Attorney General, J. Fraser Lyon,* for petitioner.

April 21, 1908.    The opinion of the Court was delivered by

MR. JUSTICE GARY.    The facts in this case are similar to those set out in the opinion just filed, in the case of the

*State of South Carolina, ex relatione, J. Fraser Lyon,* as Attorney General, *against The New Charleston Hotel Company et al.,* except as to the names of the respondents, dates and place where the nuisance is maintained.

It is, therefore, unnecessary to reiterate the reasons why the prayer of the petition should be granted.

It is the judgment of this Court that the respondents be perpetually enjoined from maintaining, using and keeping said place, where persons are permitted to resort for the purpose of drinking alcoholic liquors and beverages, and from permitting persons to resort to the said premises for the purpose of drinking alcoholic liquors and beverages.